**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X

**THE UNITED STATES OF AMERICA,**             **07 CR.#584(BSJ)**

      -against-                                **NOTICE OF APPEARANCE**

**DERRICK NEMBHARD,**

                      Defendant.

---------------------------------------X


       **PLEASE TAKE NOTICE,** that **STEVEN L. BROUNSTEIN**, of the law firm of **PAPA, DEPAOLA AND BROUNSTEIN,** appears for the above captioned Defendant.

Dated:     Bayside, New York
           December 11, 2007

                              Yours, etc.

                              _____
                              **PAPA, DEPAOLA AND BROUNSTEIN**
                              **BY: STEVEN L. BROUNSTEIN**
                              42-40 Bell Boulevard, Suite 500
                              Bayside, New York  11361
                              (718) 281-4000