```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
```

**UNITED STATES OF AMERICA,**                    07 CR# 584(BSJ)

       -against-                               **CONSENT TO CHANGE ATTORNEY**

**DERRICK NEMBHARD,**

                         Defendant.

```
----------------------------------------X
```

*IT IS HEREBY CONSENTED THAT* STEVEN L. BROUNSTEIN, ESQ., of PAPA, DEPAOLA & BROUNSTEIN, 42-40 Bell Boulevard, Bayside, NY 11361 be substituted as attorney of record for the undersigned party in the above entitled action as of the date hereof.

Dated:    Bayside, New York
          December 11, 2007

                                                            _____
                                                            **DERRICK NEMBHARD**