## PAPA, DePAOLA and BROUNSTEIN

*Attorneys at Law*
42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

(718) 281-4000
FAX (718) 281-4030

John P. Papa
John R. DePaola
Steven L. Brounstein

Madeline M. Wrzesc
Legal Assistant

Via Fax (212) 805-6191

January 24, 2008

Hon. Barbara Jones
United States District Judge
Southern District Of New York
500 Pearl Street
New York, N.Y.



Re: <u>United States v. Derrick Nembhard</u>
07 CR# 584(BSJ)

Dear Judge Jones:

I represent Mr. Nembhard who is scheduled to be sentenced by the Court on February 8th 2007. I am respectfully requesting that the matter be adjourned for approximately one month. The reason for my request is that I am in the process of trying to obtain medical records regarding my clients health and other documents from his family which will aid me in my submissions to the Court on behalf of my client. In addition I am seeking to resolve a number of guideline related issues with the Government which may will obviate the need to litigate them. I contacted Kenneth Polite Esq. the Assistant Untied States Attorney representing the Government on this matter and he has graciously consented to this request.

I thank the Court for considering this request.

Yours truly;

PAPA, DEPAOLA AND BROUNSTEIN

BY: STEVEN L. BROUNSTEIN

Application granted Sentencing is adjourned to March 21, 2008 at 2PM.

SO ORDERED _____
Dated:        BARBARA S. JONES
              U.S.D.J.
1/27/08