# PAPA, DePAOLA and BROUNSTEIN

*Attorneys at Law*
42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

(718) 281-4000
FAX (718) 281-4030

John P. Papa
John R. DePaola
Steven L. Brounstein

Madeline M. Wrzesc
Legal Assistant

Via Fax (212) 805-6191

March 14, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08 du

Hon. Barbara Jones
United States District Judge
Southern District Of New York
500 Pearl Street
New York, N.Y.

Re: <u>United States v. Derrick Nembhard</u>
07 CR# 584(BSJ)

Dear Judge Jones:

I represent Mr. Nembhard who is scheduled to be sentenced by the Court on March 21st 2008. I am respectfully requesting that the matter be adjourned for approximately one month. The reason for my request is that I am in the process of trying to obtain information regarding my clients background which will aid me in my submissions to the Court on behalf of my client. I am also seeking to resolve a number of guideline related issues with the Government which may will obviate the need to litigate them. In addition I am still in the process in preparing my submission to the Court which I have not yet completed because I just concluded approximately three weeks on trial. I am requesting that the matter be adjourned to in or around April 18th 2008 if that is acceptable and convenient to the Court. I contacted Kenneth Polite Esq. the Assistant Untied States Attorney representing the Government on this matter and he has graciously consented to this request. I do not anticipate making any further adjournment requests.

I thank the Court for considering this request.

Application granted. Sentencing is adjourned to April 11, 2008 at 3:30PM.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
3/19/08

Respectfully submitted;

PAPA, DEPAOLA AND BROUNSTEIN

BY: STEVEN L. BROUNSTEIN