To Whom It May Concern:

Derrick Nembhard is my brother; we were brought up in Jamaica by the same parents. He is a wonderful and considerate human- being; he is also kind hearted and a genuine person. Derrick and I have a very good relationship. He is always there for you to help in anyway that he can. Derrick is a person that called on a regular basis just check in with you. He also came to visit whenever he had the chance. It was very sad and depressing when he was deported. Derrick had a hard time adjusting to the life style that he left in Jamaica. It was difficult for him to find a job to support himself and his family. As you are aware, Derrick did not have at the time a good educational background and proper job skills. I think he decided to return to the United States a second time, because of the frustration and hardship that he encountered. To my knowledge it seems as if Derrick did not know the severity of this situation. It was very irresponsible on his part to re- enter the country. Derricks experience with marijuana did not alter his character or his credibility as a person. Besides from the fact he made some poor choices, he is a wonderful human- being. Derrick is a dedicated family man; he has a very special relationship his children. He is always involved in their lives and also their daily activity. For instance, he takes his daughter to school almost on a daily basis and pick her up in the evenings. His children are very polite and respectful and considerate. Each of these characteristics are definitely a reflection of who Derrick is and the personality of his children. This separation from Derrick is taking a terrible and emotional toll on his family, children and relatives. His children are always asking for him, and they ask when they will see him again. Derrick came to the United States to make a better life for him and his family, not with the intention of committing any crime. He has work very hard and sometimes for long hours just to make life better for him and his family. He

worked up until the day of his arrest. Ever one makes mistakes and bad decisions now and again; the decision that Derrick made was a very unfortunate one. As a result of this, Derrick now has to suffer the consequences. However, we hope that the judiciary system will find it in their heart to grant leniency on him. Regardless of the courts decisions, we will always be there to support him.

Doneth Nembhard

To Whom It May Concern:

My brother Derrick Nembhard is one of the most loving and caring human being you would want to know. He is generous with his time especially with his family, children, and friends. Derrick is a very intellectual person who loves to talk about life and its lessons. He is considerate of others and has always tried to help people in any way that he can. Derrick always keeps his family in mind, and always called in order to see how everyone is doing. Derrick did not have it easy in his life. At an early age he suffered a devastated set back when his right hand was almost severed. Over the years it was difficult for him to keep a job for a long period of time. However, despite this set back he tried his very best to do whatever he could to feed his family. He worked with his brother-in-law for a period of time up until his arrest. Derrick is a very hard working and kind person. He is very much into his family and I hope the judiciary system will find it in their heart to be fair and lenient.

Sincerely,

Doneth Nembhard

Peter n. Papat                          10 melrose Avenue,
8 D 52 Duon Street                      Kingston 5.
10th Floor                              October 20, 2007
Ny Ny

Dear Sir,
        I am Michael Nembhard the Son of Mr
Derrick nembhard. I am a 13 years old boy attend
high School in Jamaica.
My father is presently incarcerated in the United
States of America. I do not know what he has done
but I know that my father is a good man.
He is always there for me and others in good times
and bad times. He is the one who teaches me what
is right from wrong. He pays my School fee buy
my books and my clothing.
When my dad was in Jamaica he always take
my family and I out. We used to have Such
wonderful times. I do not want my father
to go to person.
I am going to have to grow up without him and
I am very Scared. Who is going to talk to me
about the problems I am going to face later
in life.
who is going to help my mother to take care
of me.
I need my father in my life. Sir I am begging
you, begging you please not to Send my father
to prison.
I pray that God will touch your heart so that
you will help him.
        Thank you Sir,

yours truly
Michael Nembhard
(Son)

Peter N. Pspat                                    10 Melrose Avenue,
SD52 Duan Street                                  Kingstons.
10th floor                                        October 20, 2007
Ny, Ny

Dear Sir,

    I am Michael Nembhard the son or Mr Derrick Nembhard. I am a 13 years old boy attend high school in Jamaica.

My father is presently incarcerated in the United States of America. I do not know what he has done but I know that my father is a god man.

He is always there for me and others in good times and bad times. He is the one who teaches me what is right from wrong. He pays my school fee buy my books and my clothing.

When my dad was in Jamaica he always take my family and I out. We used to have such wonderful times. I do not want my father to go to prison.

I am going to have to grow up without him and I am very scared. Who is going to talk to me about the problems I am going to face later in life.

Who is going to help my mother to take care of me.

I need my father in my life. Sir I am begging you, begging you please not to send my father to prison.

I pray that God will touch your heart so that you will help him.

Thank you Sir.

                                   Yours truly,
                                   Michael Nembhard (son)

Dec, 11, 07

Dear John Byrnes

Doreen St. Hilaire writing on the behalf of Derrick Nembhard. The mother of his kid alexsia Nembhard me and alexsia miss him alot. He is a very good father and alexsia miss him alot that's all she talks about when is daddy Coming home. I miss him alot to because I love him and he was a big part of alexsia life as well as mind. She is a daddys girl that is 5yrs old and misses her daddy alot. he is very kind Sweet person he would never heart anyone all he did was try to take care of his family the best way he know How. And we will always love him and hope for him to come back home to us as soon as he Can. love always Sincerly yours
Doreen St. Hilaire
+
Alexsia Nembhard

FROM Alexsia I miss
My daddy and love
him alot.



Mommy          Alexsia          daddy

December 11, 2007

Dear John Byrnes

     Doreen St. Hilaire writing on the behalf of Derrick Nembhard. The mother of his kid alexsia Nembhard me and alexsia miss him alot. He is a very good father and alexsia miss him alot that's all she talks about When is daddy coming home. I miss him alot to because I love him and he was a big part of alexsia life as well as mind. She is a daddys girl that is 5yrs old and misses her daddy alot. he is very kind sweet person he would never heart anyone all he did was try to take care of his family the best way he know how. And we will always love him and hope for him to come back home to us as soon as he can. love always sincerely yours

                              Doreen St. Hilaire and Alexsia Nembhard

820 E218 ST.
BRONX NY 10467

To Whom it May Concern.

I am writing this Letter on behalf
of my brother Derrick Nembhard who is in jail
I am really sorry for what has
happen To him, I do not Think he
deserve To be Lock away like That
he is a wonderful humanbeing a wonder-
ful brother, Son and father To his family
and kids, everyday his daughter is crying
and asking for him, we dont know how well
To explain To her where her father is, he
use To do everything for her including
Taking her To school in the mornings when
going to work, she missed him so much
also his son in Jamaica, I dont Think a
father should be ripped away from
his kids like That.

I've known Derrick for all my life
and I can say he is a decent person
caring and Loving, I hope the court
can find The courage To have
some Leniency on him, and given The
fact That he is not well, I dont Think

prison is a good place for him.
maybe he has made a mistake but
please, please do not punish him so
bad for it. please give him a chance
To redeem himself. Thank you.

Yours Truly
(Sis)   Paulette Mcintosh

820 E.218 ST.
BRONX, NY 10467

To Whom it May Concern:

I am writing this Letter on behalf of my brother Derrick Nembhard who is in jail.

I am really sorry for what has happen to him, I do not think he deserve to be lock away like that he is a wonderful humanbeing a wonderful brother, son and father to his family and kids, everyday his daughter is crying and asking for him, we dont know how well to explain to her where her father is, he use to do everything for her including taking her to school in the morning when going to work. She missed him so much also his son in Jamaica. I dont think a father should be ripped away from his kids like that.

Ive known Derrick for all my life and I can say he is a decent person caring and loving, I hope the court can find the courage to have some Leniency on him, and given the fact that his is not well, I dont think prison is a good place for him. Maybe he has made a mistake but please, please do not punish him so bad for it. Please give him a chance to redeem himself. Thank you.

Yours truly,
(Sis)    Paulette Nembhard

8RU E 218 ST. 1A
BRONX Ny 10467

HONORABLE BARBERA JONES
UNITED STATES DIST. JUDGE
SOUTHERN DIST. OF NEW YORK
500 PERL ST.
DEAR Judge JONES,

Derrick Meinhard is my brother
and I've known him all my life. He is a decent
and wonderful man. Since becoming a father, he has
been very family oriented, and like all dad's, he
would do whatever it takes to provide and care
for his family.

I am aware That he has plead To illigally
entering The United States. He did it merely for
the well being and obligation he has To his family
as a dad. He fathered Two loving and
intelegent children who misses him dearly and
That he had to provide for. Unable To get a
job backhome, make it Tough for him to provide
for his family - This fueled his decision To come
here To Try and make life easier for himself
and his family.

This is not To justify nor is it intended To
Take away from the fact That he was wrong.
It is however stated with the hope That The

court show compassion in handing down judgment and that The court get a clearer understanding of his circumstances at the Time and That he can be Treated humanely.

His children misses him so much. IT is very unfortunate That They miss him so badly but it is no surprise because he prides himself in being a good father and being There for Them and live with Them very often.

His prior involvement with marijuana use was not a problem, it has never get in The way of his work and his support for his family. This activity does not affect, by any means, The Derrick That everyone around him know. To my knowledge and by his reputation Deirick is a moral and friendly man who always have something positive To say To everyone around him. He was mindful not To make his past use with marijuana interfere with his job because he was working up until the Time of his arrest.

Knowing the Type of person his family and friends know him To be, he was a man of character and we are asking The court To have mercy and Leniency on him.

We are aware that he ha committed a wrong doing, but please take into consideration the love and care he has for his family and his family has for him. His imprisonment is really taking a toll on the family especially his kids who are having a really difficult time coping, and as a result, their grades are plummenting. They miss him so much, he was great with them and spend as much time with them as he could, especially with his daughter who lives here in the United States, she is very polite, friendly and overall, just a wonderful child. a clear reflection of how her father was, and how he raise her to be. He made sure both of his children have the provision to go to school and church on Sunday's. He is also a church person himself, alwey looking to become a better person day by day.

He works very hard and puts in plenty of hours at work for his family. even though he has health problems. This is just an example an testiment to the kind of person he is. He suffers from hypertension and kidney problem and was on medication just to keep going strong to see his kids go to high school

and ultimately to College.

Your honor we are aware that he will be deported and will not be able to come back to this country; but we would be thankful if you can have some leniency on him and give him a lesser sentence. It will be better for him healthwise and would give him a chance to be rehabilited.

Yours Truly,
P. Membhard.

820 E. 218 ST. 1A
BRONX, NY 10467

HONORABLE BARBERA JONES
UNITED STATES DIST. JUDGE
SOUTHERN DIST. OF NEW YORK
500 PERL ST.

DEAR Judge Jones,

Derrick Nembhard is my brother and I've known him all my life. He is a decent and wonderful man. Since becoming a father, he has been very family oriented, and like all dads, he would do whatever it takes to provide and care for his family.

I am aware that he has plead to illegally entering the United States. He did it merely for the well being and obligation he has to his family as a dad. He fathered Two loving and intelegent children who misses him dearly and that he had to provide for. Unable to get a job back home, make it tough for him to provide for his family. This fueled his decision to come here to try and make life easier for himself and his family.

This is not to justify not is it intended to take away from the fact that he was wrong. It is however stated with the hope that the court show compassion in handing down judgment and that the court get a clearer understanding of his circumstances at the time and that he can be treated humanely.

His children misses him so much. It is very unfortunate that they miss him so badly but it is no surprise because he prides himself in being a good father and being there for them and he with them very often.

His prior involvement with marijuana use was not a problem, it has never get in the way of his work and his support for is family. This activity does not effect, by nay means, the Derrick that everyone around him know. To my knowledge and by his reputation, Derrick is a moral and friendly man who always have something positive to say to everyone around him. He was mindful not to make his past use with marijuana interfere with his job because he was working up until the time of his arrest.

Knowing the type of person his family and friends know him to be, he was a man of character and we are asking the court to have mercy and leniency on him.

We are aware that he has committed a wrong doing, but please take into consideration the love and care he has for his family and his family has for him.

His imprisonment is really taking a toll on the family especially his kids who are having a difficult time coping, and as a result, their grades are plummeting. They miss his so much, he

was great with them and spend as much time with them as he could, especially with his daughter who lives here in the United States, she is very polite, friendly and overall, just a wonderful child a clear reflection of how her father was, and how he raise her to be. He made sure both of his children have the provision to go to school and church on Sunday's. He is also a church person himself alway looking to become a better person day to day.

He works very hard and puts in plenty of hours at work for his family even though he has health problems. This is just an example an testiment to the kind of person he is. He suffers from hypertension and kidney problem and was on medication just to keep going strong to see his kids go to high school and ultimately to college.

Your honor we are aware that he will be deported and will not be able to come back to this country; but we would be thankful if you can have some leniency on him and give him a lesser sentence. It will be better for him healthwise and would give him a chance to be rehabilited.

Yours truly,
P. Nembhard

3608 Bronx Blvd.
Bronx N.Y. 10467
2. 1. 2008

Honorable Barbara Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York N.Y.

To whom this may Concern

Please be advised that I am the Uncle of Derrick Nembhard. I have known him since he was a child, He was a very loving cheerful kind and intelegent. He visited me twice weekly. He was very restable and dedicated to his family when I didn't see or hear from him, I called his home and wife and kids started crying to me saying he was arrested showing up in Court, I was so shock of hearing. I am so surprised. He is so honest and dedicated to his family. His kids kept calling and crying to me for their Dady and asking where is he. Derrick was a very hard working man.

who takes care of his family. He was such a father to his children, He is so strick and loving to to them. Derrick was not the type to be Idle he has a great reputation as far as I know we. all in the family love and care for my nephew Derrick

Respectfully,
Yours,
Carlyle Tracy

3608 Bronx Blvd.
Bronx, N.Y. 10467
2.1.2008

Honorable Barbara Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y.

To whom this may concern

Please be advised that I am the uncle of Derrick Nembhard. I have known him since he was a child. He was a very loving cheerful kind and intelegent. He visited me twice weekly. He was very restable and dedicated to his family. When I didn't see or hear from him, I called his home and wife and kids started crying to me saying he was arrested showing up in Court. I was so shock of hearing. I am so surprised. He is so honest and dedicated to his family. His kids kept calling and crying to me for their dady and asking where is he. Derrick was a very hard working man who takes care of his family. He was such a father to his children. He is so strick and loving to them. Derrick was not the type to be Idle he has a great reputation as far as I know, we all in the family love and care for my nephew Derrick.

Respectfully yours,
Carlyle Faley

735 MACE AVE
BRONX N.Y. 10467
1, 30, 2008

HONOREBLE BARBARA JONES
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT of NEW YORK
500 PEARL STREET
NEW YORK N.Y.

To whom
this MAY CONCERN,

PLEASE BE ADVISED, that
I have KNOWN DERRICK NEMBHARD for
a WERY LONG TIME. I HAVE KNOWN
him To be a VERY INTELEGENT YOUNG MAN
HE is A COUSIN OF MINE, ALSO WHEN it
COMES to his FAMILY, he CARES for
THEM SO MUCH. HE IS SO UNDERSTANDING
LOVING CARING KIND AND RELIABLE.
HE IS SO FATHELY to his KIDS he TEACHES
THEM MANNERS AND RESPECT. I FEEL
SO SORRY FOR THEM as THEY KEPT ASKING

WHEN is DADY COMING home?

I WAS SURPRISED WHEN I hEARD WHAT

has happNED to DERRICK hE IS SO

MISSING hERE. I AMpRAYing THAT ThE

DEAR LoRD WILL COME IN ThE MIDS

of his TRIAL AND SpEAK to ThE

hEART of ThE JUDGE so that hE

WILL hAVE MERCY ON hiM bECAYS

is REALLY A VERY MANNERLY RESpECTAbL

CAREING, hoNIST pERSON.

I REMAIN,
YOUR TRULY,
Imelda May.

735 Mace Ave
Bronx, N.Y. 10467
1.30.2008

Honorable Barbara Jones
United State District Judge
Southern District of New York
500 Pearl Street
New York, N.Y.

To whom this may concern,

Please be advised that I have known Derrick Nembhard for a very long time. I have known him to be a very intelegent young man. He is a cousin of mine, also when it comes to his family, he cares for them so much. He is so understanding loving caring kind and reliable. He is so fathely to his kids he teaches them manners and respect. I feel so sorry for them as they kept asking when is dady coming home?

I was surprised whein I heard what has hap ned to Derrick he is so missing here. I am praying that the dear lord will come in the mids of his trial and speak to the heart of the judge so that he will have mercy on him because is really a very mannerly, respectable, careing, honist person.

Tremain,
Yours truly,
Imelda May

October 5, 2007


**Peter N. Pspatsoris**
**SD52# Duane Street**
**10th Floor**
**New York, New York**
**10007**


Dear Sir,


I Winston F.J. Williams owner and Managing Director of Pioneer Meat
Products ltd. located at 5 Melrose Avenue, Kingston 5. Jamaica, would like
to use this medium to introduce myself as a character witness for Mr.
Derrick Nembhard and to also inform the relevant authorities that it is the
intent of my company to offer him fulltime employment upon his return to
Kingston, Jamaica.

I have known Mr. Nembhard for upwards of ten (10) years and found him to
be a gentleman of good character, hardworking and a committed family
man.

I therefore have no hesitation in associating myself or my company with
him.


**I am etc.**
**Winston FJ Williams**

C/o Pioneer Meat Products Ltd.
5 Melrose Avenue
Kingston 5
Jamaica W.I.

10 Melrose Avenue
Kingston 5.

September 21, 2007

Peter N. Pspatsoris
SD52 Duane Street
10th Floor
New York, New York
10007

Dear Sir:

This serves to inform you that Mr. Derrick Nembhard lived with his family in Jamaica at 10 Melrose Avenue, Kingston 5. The owner of the home in which he resides in Jamaica is Mr. Cleveland Nembhard, Derrick's Father.

While Derrick was at home in Jamaica, he displayed good conduct to his father and siblings. He is known as the peacemaker, who is always settling or reconciling family quarrels. He provides sound advice in times of crisis and speaks out strongly against unfairness that sometimes presents itself in the family. Derrick is very loving, kind and forgiving. He is one of the sole providers for his family, especially his father, who is very sick.

Before he was incarcerated, he called home regularly to speak with his relatives, father and son. This he has been doing so as to try to build his relationship with his son bearing in mind that they are so far apart. These conversations centred on encouraging his father to remain hopeful as well as encouraging his son to work hard in school to garner a good education and one day have a good job.

Even though he is incarcerated, whenever he called home, he always sounded uplifting and encouraging.

The Occupants of Derrick's household are as follows:

Cleveland Nembhard          _C. Nembhard_

Marvel Nembhard             _Marvel Nembhard_

Sonie Nembhard              _Sonia nembhard_

Maxine Nembhard          *Maxine Nembhard*

Marjorie Blackwood        *Marjorie Blackwood*

Michael Nembhard         *Michael Nembhard*


Yours truly,

*Cleveland Nembhard*

Cleveland Nembhard



*Answer OFFICE FURNITURE/Installation*

## To who it may concern

I Richard Elliston CEO of answer Office Furniture Company have known Derrick Nembhard for the past 10 or more years.

Derrick was employed to my Company from its inception for a period of over 18months.

I must say I have found Derrick to be a wonderful family man, decent forever trying to make the best of every opportunity that life have to offer. He is also Christianly orientated and a pleasant co-worker.

As a honest, humble and hardworking individual it is however unfortunate, that Derrick is now suffering from serious health issues, which no doubt needs immediate attention.

Whatever assistance that can be afforded to Derrick at his time of need, would be greatly appreciated.

Should there be need for any further information, please do not hesitate to contact me at the number or address listed below.

Sincerely yours

Richard Elliston

CEO

*Richard Elliston*

820 EAST 218TH STREET 1ST FLOOR
BRONX, NEW YORK 10467
(646) 238-0246
ANSFURNISHING@YAHOO.COM